UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| J & J Sports Productions, Inc., <br> *Plaintiff,* <br><br> vs. <br><br> Tiffany Michelle McLaughlin, individually, and d/b/a VIP Lounge, d/b/a VIP Sports Lounge, d/b/a VIP Sports Bar & Lounge, <br> *Defendants.* | §§§§§§§§§§§ | Civil Action 4:16-CV-01224 |

## Order of Adoption

On August 1, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (17). No party filed objections. The memorandum and recommendation is adopted as this court's order. A final judgment will be entered in favor of J & J Sports Productions, Inc. against Tiffany Michelle McLaughlin, individually, and d/b/a VIP Lounge, d/b/a VIP Sports Lounge, d/b/a VIP Sports Bar & Lounge.

Signed ___08-22-___, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge